No. 46. *In re* Assessment of Taxes, S. C. Allen. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 7, 1902. Decided January 18, 1902. Tract of land at Makiki, Honolulu, Oahu, now used as pasturage, but suitable for house lots. Total area, 18 1-2 acres; available for house lots, exclusive of roads and certain ditches, 14 1-2 acres. Returned at $50,000; assessed at $90,000. Valuation fixed by Tax Appeal Court, $77,000. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed. *Robertson & Wilder* for Assessor. *Holmes & Stanley* for tax-payer.